### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTH DISTRICT OF TEXAS
### AMARILLO DIVISION

| | |
|---|---|
| SILVIA GARCIA RODRIGUEZ, As Administrator of the ESTATE of MARCO ANTONION GALVAN and Individually on behalf of All Statutory Death Beneficiaries of MARCO ANTONIO GALVAN, and as Next of Friend to M.M.G.G. § § § § § § § §  Plaintiff, § § v. § § BLAINE LARSEN FARMS, INC. § §  Defendant. § | CASE NO.: 2:21-cv-53 |

### NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to 28 U.S.C. §§ 1332(a), 1441(a) and 1446, BLAINE LARSEN FARMS, INC. ("Defendant") files its Notice of Removal to the United States District Court for the Northern District of Texas, Amarillo, Division, on the basis of diversity of citizenship and amount in controversy and respectfully shows the following.

### I. STATE COURT ACTION

1. On February 22, 2021, Plaintiff SILVIA GARCIA RODRIGUEZ ("Plaintiff") filed her Original Petition as Administrator of the ESTATE of MARCO ANTONION GALVAN and Individually on behalf of All Statutory Death Beneficiaries of MARCO ANTONIO GALVAN, and as Next of Friend to M.M.G.G.in Case No. 5422H, in the District Court of Hartley County, State of Texas. A true and correct copy of Plaintiff's Original Petition is attached hereto as Exhibit "1."

1

2. The Summons and Original Petition were served upon Defendant on February 23, 2021, through its registered agent. A true and correct copy of the Officer's Return is attached hereto as Exhibit "2."

3. Defendant filed its Original Answer on February 26, 2021. A true and correct copy of Defendant's Original Answer is attached hereto as Exhibit "3."

4. The Docket Sheet for the Case No. 5422H in the 69th Judicial District Court in Hartley County, Texas is attached hereto as Exhibit "4."

## II. PROCEDURAL STATEMENTS

5. This Notice of Removal is filed within thirty (30) days of receipt of the Plaintiff's Original Petition and is timely pursuant to 28 U.S.C. § 1446(b).

6. Venue is proper in this District for the reason that Plaintiff's Original Petition was filed in Hartley County, Texas, which is within the Amarillo Division of the Northern District of Texas. 28 U.S.C. § 124(d)(2).

## III. BASIS FOR REMOVAL

This action is removed pursuant to 28 U.S.C. § 1441(a) as an action involving a controversy wholly between a citizen of a State and a citizen of a foreign state in which the amount of controversy exceeds the sum of $75,000. 28 U.S.C. §§ 1332(a)(2), 1441(a), and 1446.

**A. Diversity of Citizenship**

7. In her Original Petition, Plaintiff avers that she is a resident of Mexico.

8. Defendant is an out-of-state corporation, with its principal place of business in the State of Idaho.

9. Complete diversity of citizenship therefore exists between Plaintiff and Defendant.

### B. The Amount in Controversy Exceeds the Jurisdictional Requirements for Subject Matter Jurisdiction

10. The amount in controversy in this action exceeds the sum of $75,000, exclusive of interest and costs. According to her Original Petition, Plaintiff intends to request that the jury award monetary damages in excess of $1,000,000. Accordingly, it is facially apparent from Plaintiff's Original Petition that the amount in controversy exceeds $75,000.

### IV.    SUPPLEMENTAL JURISDICTION

11. The jurisdiction of this Court being original, the cause is removable from the state court pursuant to 28 U.S.C. § 1441(a) and (b). Further, the Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367.

### V.    NOTICE TO PLAINTIFF AND STATE COURT

12. A copy of this Notice of Removal is being filed this date with the Clerk of the above-referenced state court, in accordance with the requirements of 28 U.S.C. § 1446(d).

13. Pursuant to 28 U.S.C. §1446(a), all pleadings, process, orders, and all other filings in the state court action are attached to this Notice.

14. Promptly after Defendant files this Notice of Removal, written notice of the filing will be given to Plaintiff pursuant to 28 U.S.C. §1446(d).

15. Promptly after Defendant files this Notice of Removal, a true and correct copy of same will be filed with the Hartley County District Clerk pursuant to 28 U.S.C.§1446(d).

### VI.    CONCLUSION AND PRAYER

Based upon the foregoing, the exhibits submitted in support of this removal, and other documents filed contemporaneously with this Notice of Removal Defendant BLAINE LARSEN FAMRS, INC. hereby removes this case to this Court for trial and determination.

WHEREFORE, Defendant BLAINE LARSEN FAMRS, INC. gives notice that the above-entitled action now pending in the District Court of Hartley County, State of Texas, is hereby removed to this Court.

Dated this 22nd day of March, 2021.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, LLP

By:   */s/ Barry A. Moscowitz*
Barry A. Moscowitz
Texas State Bar No.  24004830
Leslie Wong Richardson
Texas State Bar No. 24079830
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone:  (214) 871-8200
Facsimile:  (214) 871-8209
Email:  BMoscowitz@thompsoncoe.com
Email:  LWRichardson@thompsoncoe.com

AND

SPROUSE SHRADER SMITH, PLLC

By:   */s/ Marvin W. Jones*
Marvin W. Jones
Texas State Bar No. 10929100
C. Brantley Jones
Texas State Bar No. 24079808
701 S. Taylor, Suite 500
Amarillo, Texas 79101
P.O. Box 15008
Amarillo, Texas 79105-5008
Telephone: (806) 468-3300
Facsimile: (806) 373-3454
Email: marty.jones@sprouselaw.com
Email: brantley.jones@sprouselaw.com

**ATTORNEYS FOR DEFENDANT
BLAINE LARSEN FARM, INC.**

## **CERTIFICATE OF SERVICE**

   I certify that on this the 22nd day of March 2021, this Notice of Removal was filed in the United States District Court for the Norther District of Texas, a true and correct copy of said Notice of Removal was served upon the above-named Plaintiff through the State Court's electronic filing system, and further that a copy of said Notice of Removal was delivered to the District Court Clerk of the Hartley County District Court for filing.

Christopher Benoit
TEXAS RIOGRANDE LEGAL AID, INC.
1331 Texas Avenue
El Paso, Texas 79902
Telephone: (915) 585-5118
Facsimile: (915) 533-4108
Email: cbenoit@trla.org

*Attorney for the Estate of
Marco Antonio Galvan*

Channy Wood
Leslie Owens
WOOD LAW FIRM, LLP
610 S.W. 11th Avenue
Amarillo, Texas 79101
Telephone: (806) 372-9663
Facsimile: (806) 372-9664
Email: cwood@woodlawfirm-tx.com
Email: lowens@woodlawfirm-tx.com

*Attorneys for Statutory Death Beneficiaries of
Marco Antonio Galvan*

Marvin W. Jones
C. Brantley Jones
SPROUSE SHRADER SMITH, PLLC
701 S. Taylor, Suite 500
Amarillo, Texas 79101
P.O. Box 15008
Amarillo, Texas 79105-5008
Telephone: (806) 468-3300
Facsimile: (806) 373-3454
Email: marty.jones@sprouselaw.com
Email: brantley.jones@sprouselaw.com

*Co-Counsel for Defendant
Blaine Larsen Farms, Inc.*

            */s/ Barry A. Moscowitz*
            Barry A. Moscowitz
            Leslie Wong Richardson