IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| SILVIA GARCIA RODRIGUEZ, as administrator of the Estate of Marco Antonio Galvan and individually on behalf of all statutory death beneficiaries of MARCO ANTONI GALVAN, and as next of friend to M.M.G.G., | § § § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-52-Z |
| BLAINE LARSEN FARMS, INC., | § § § | |
| Defendant. | § | |

**JUDGMENT**

Of equal date herewith, the undersigned United States District Judge has issued an order **GRANTING** summary judgment on all of Plaintiffs' claims

Judgment is rendered accordingly.

February 16, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE